|   |   |   |   |
|---|---|---|---|
| **To:** | The Honorable Graham C. Mullen<br>Senior U.S. District Court Judge | **FILED**<br>CHARLOTTE, NC | |
| **From:** | Valerie G. Debnam<br>U.S. Probation Officer | JUL 25 2017<br>US District Court<br>Western District of NC | |
| **Subject:** | **David Pham Nguyen**<br>Case Number: 0419 3:04CR00274- 019<br>**OUT-OF-COUNTRY TRAVEL** | | NORTH CAROLINA WESTERN<br>MEMORANDUM |
| **Date:** | 7/20/2017 | | |

Mr. Nguyen appeared before Your Honor on October 15, 2007, for the offense of Conspiracy to Possess with Intent to Distribute, and Distribute 3, 4-Methylenedioxymethamphetamine, also known as MDMA/Ecstasy, and Marijuana. Mr. Nguyen was sentenced to one hundred twenty one (121) months imprisonment followed by a three (3) year term of supervised release. Supervised release began on February 11, 2016, in the Western District of North Carolina.

Mr. Nguyen has submitted a request to travel to Vietnam, for the purpose for attending his grandparent's memorial service. Mr. Nguyen will leave August 8, 2017, and return on August 22, 2017. He will be staying at 21/25 Nguyen Binh Khiem, Phuong 3 Vung Tau.

Mr. Nguyen has maintained a stable residence and employment since he has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mr. Nguyen be allowed to travel to Vietnam as long as he remains in compliance with the terms and conditions of supervision.

Thanks you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: July 20, 2017

*Graham C. Mullen*

Graham C. Mullen
United States District Judge